JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERSON JIMENEZ, FRANK BUCIO, JOHN ESPEJO and ALANY FOKETY, individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>UNIFIED GROCERS, INC., a California corporation; ALTA-DENA CERTIFIED DAIRY, LLC, a limited liability company; DEAN FOODS COMPANY, a corporation; DEAN FOODS COMPANY OF CALIFORNIA, LLC, a limited liability company; TEAMSTERS LOCAL UNION NO. 630, a California labor union; and DOES 1 through 50, inclusive,<br>Defendants. | CASE NO. 2:17-cv-1396-RGK (SKx)<br><br>Hon. R. Gary Klausner<br><br>**[Proposed] ORDER, PURSUANT TO STIPULATION, REMANDING THE CASE TO SUPERIOR COURT FOR THE STATE OF CALIFORNIA, COUNTY OF LOS ANGELES** |

The parties having stipulated to this order, and good cause appearing therefor,

IT IS HEREBY ORDERED that this case is remanded to the Superior Court of the State of California, for the County of Los Angeles, from which it was removed.


DATED: _February 12, 2018

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

- 2 -